# Court of Appeals
# of the State of Georgia

ATLANTA,  December 20, 2019

*The Court of Appeals hereby passes the following order:*

## A20E0019. IN RE P.K.W. ET AL, CHILDREN (FATHER)

The Petitioner/Appellant in the above styled case has filed a motion entitled Rule 40(b) Motion For Extension To File Discretionary Application. The application is due on December 20, 2019. Pursuant to Court Rule 31(i), said motion is hereby GRANTED. The Petitioner/Appellant discretionary application shall be due on January 20, 2020.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,  12/20/2019*
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
            *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*